IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE ERIC HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:09-cv-01791-WMA-RRA |
| | ) | |
| GLORIA T. BAHAKEL, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 2, 2009, recommending that this action be dismissed for seeking monetary relief from a defendant who is immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(2).  Although the plaintiff was advised of his option to file specific written objections within fifteen days, he has not responded to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED.  Accordingly, this action is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(2) for seeking monetary relief from a defendant who is immune from such relief.  A Final Judgment will be entered.

DATED this 21st day of October, 2009.

*/s/ William M. Acker, Jr.*
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE